UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

HALL
      Plaintiff

v.

SANTANDER BANK N.A. et al
      Defendants

CIVIL ACTION NO. 17-12269-WGY

## ORDER FOR REMAND

YOUNG, DJ

   In accordance with this Court's Order remanding this matter to the Housing Court of Southeastern Massachusetts, it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Bristol County Housing Court for further proceedings.

BY THE COURT,

/s/ Jennifer Gaudet

Deputy Clerk

DATED: November 27, 2018